BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
ATagvoryan@BlankRome.com
Julianna Simon (SBN 307664)
JMSimon@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendant
CLUBCORP USA, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CUENCO, on behalf of himself, and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CLUBCORP USA, INC.,<br><br>Defendant. | Case No. 3:20-cv-00774-BEN-AHG<br><br>Assigned to Hon. Janis L. Sammartino<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY**<br><br>Date:   August 6, 2020<br>Time:   1:30 PM<br>Place:  4D<br><br>*[Memorandum of Points and Authorities in Support of Motion to Compel and Dismiss; Declaration of Frank Busic; and [Proposed] Order Filed Concurrently Herewith]* |

159138.00601/123393194v.1                     1                     3:20-cv-00774-BEN-AHG
**NOTICE OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 6, 2020 at 1:30 p.m., in Courtroom 4D, in the above captioned court, located at 221 West Broadway, San Diego, CA 92101 before the Honorable Janis L. Sammartino, defendant ClubCorp USA, Inc., by and through its undersigned counsel, will, and hereby does, move to compel arbitration of Plaintiff's claims and to dismiss Plaintiff's Complaint or stay this action pending arbitration.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Frank Busic ("Busic Decl."), all of the papers on file with this Court, and upon such oral argument and/or documentary matters as may be presented to this Court at or before the hearing on this Motion.

DATED:  June 9, 2020               **BLANK ROME LLP**


By: */s/ Julianna M. Simon*
    Ana Tagvoryan
    Julianna M. Simon
Attorneys for Defendant,
CLUBCORP USA, INC.

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

On June 9, 2020, I served the foregoing document entitled **NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY** on the interested parties in this action as follows:

☒ **By Electronic Filing:** I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the CM/ECF users listed on the attached Service List were served:

Executed on June 9, 2020, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Charman S. Bee_
Charman S. Bee

**SERVICE LIST**

| | |
|---|---|
| LAW OFFICES OF RONALD A. MARRON<br>Ronald A. Marron, Esq.<br>Michael T. Houchin, Esq.<br>Lilach Halperin, Esq.<br>651 Arroyo Drive<br>San Diego, California 92103<br>Telephone: (619) 696-9006<br>Facsimile: (619) 564-6665<br>Email: ron@consumersadvocates.com<br>mike@consumersadvocates.com<br>lilach@consumersadvocates.com | *Attorneys for Plaintiff,*<br>*JEFFREY CUENCO* |