BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
ATagvoryan@BlankRome.com
Julianna Simon (SBN 307664)
JMSimon@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Attorneys for Defendant
CLUBCORP USA, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CUENCO, on behalf of himself, and all those similarly situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>CLUBCORP USA, INC.,<br><br>                    Defendant. | Case No. 3:20-cv-00774-BEN-AHG<br><br>Assigned to Hon. Janis L. Sammartino<br><br>**DECLARATION OF FRANK BUSIC IN SUPPORT OF MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION, AND DISMISS OR STAY**<br><br>Hearing:<br>Date:     August 6, 2020<br>Time:    1:30 PM<br>Place:    4D<br><br>*[Notice of Motion and Motion, Memorandum Of Points And Authorities in Support of Motion; and [Proposed] Order Filed Concurrently Herewith]* |

159138.00601/123328526v.1                         1                         3:20-cv-00774-BEN-AHG
**DECLARATION OF FRANK BUSIC IN SUPPORT OF MOTION TO DISMISS
AND MOTION TO COMPEL ARBITRATION, AND DISMISS OR STAY**

# **DECLARATION OF FRANK BUSIC**

I, Frank Busic, declare and state as follows:

1. I make this declaration in support of Defendant ClubCorp USA, Inc's ("ClubCorp") Motion to Dismiss and Motion Compel Arbitration, and Dismiss or Stay. I make this declaration of facts personally known to me and based off my review of ClubCorp Symphony Towers Club, Inc.'s ("Symphony") relevant records kept in the ordinary course of business. If called upon, I could and would testify competently to the facts stated herein.

2. I am the general manager of the University Club atop Symphony Towers (the "Club") , and an employee of Symphony, and have been since January 2015. Symphony is the direct owner and operator of the Club. Symphony is the entity responsible for collection of membership dues for Club members. Symphony is a subsidiary of ClubCorp.

3. Members may join the Club by completing and submitting a membership agreement through the DocuSign platform. Memberships will not be accepted until a fully signed application and agreement is received.

4. In June 2017, the Club sent Plaintiff Jeffrey Cuenco ("Plaintiff") an application and membership agreement via the DocuSign platform.

5. On June 13, 2017, Plaintiff submitted to Symphony through DocuSign a signed application and membership agreement to the Club (the "2017 Agreement"). A true and correct copy of the 2017 Agreement is attached hereto as Exhibit 1.

6. As depicted in Exhibit 1, the application and agreement referenced the Club's policies and procedures, as well as incorporated the Club's bylaws (the "Bylaws"). A true and correct copy of the Bylaws is attached hereto as Exhibit 2. Individuals have access to the Bylaws online and may ask for a copy via mail or email.

7.  Plaintiff was accepted into the Club's membership on June 13, 2017 after submitting the signed agreement. Thereafter, Plaintiff had continuous access to the Bylaws.

8.  On February 12, 2018, Plaintiff emailed the Club stating that he would like to cancel his membership to the Club because he was moving to the Bay Area. Symphony advised that Plaintiff could resign from the Club 30 days after providing written notice to the Club pursuant to the Bylaws, and therefore, his membership would terminate on March 14, 2018.

9.  On December 27, 2018, Plaintiff submitted to Symphony through DocuSign a newly signed application and agreement to again become a member of the Club (the "2018 Agreement"). A true and correct copy of the 2018 Agreement is attached as Exhibit 3.

10. After re-joining the Club in December 2018, Plaintiff used the Club's facilities and paid his monthly membership dues to Symphony.

11. The Club has no record of Plaintiff requesting to terminate the 2018 Agreement and terminate his membership.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on June 8, 2020, in San Diego, California.

_____
Frank Busic

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

On June 9, 2020, I served the foregoing document entitled **DECLARATION OF FRANK BUSIC IN SUPPORT OF MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION, AND DISMISS OR STAY** on the interested parties in this action as follows:

☒ **By Electronic Filing:** I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the CM/ECF users listed on the attached Service List were served:

Executed on June 9, 2020, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Charman S. Bee*
Charman S. Bee

## SERVICE LIST

| | |
|---|---|
| LAW OFFICES OF RONALD A. MARRON<br>Ronald A. Marron, Esq.<br>Michael T. Houchin, Esq.<br>Lilach Halperin, Esq.<br>651 Arroyo Drive<br>San Diego, California 92103<br>Telephone:  (619) 696-9006<br>Facsimile:   (619) 564-6665<br>Email:        ron@consumersadvocates.com<br>                   mike@consumersadvocates.com<br>                   lilach@consumersadvocates.com | *Attorneys for Plaintiff,*<br>*JEFFREY CUENCO* |