**EXHIBIT 1**

DocuSign Envelope ID: DBED6B3C-4306-4374-8FA7-2D7F11F968B2

**Application for Membership to The University Club Atop Symphony Towers**   Initiation Fee Non Transferable

**CANDIDATE INFORMATION**   ☒ Mr.  ☐ Mrs.  ☐ Ms.  ☐ Dr.

Primary Candidate: Jeff Cuenco

Preferred Name: Jeff Cuenco   Jr. Sr. Other____   Date of Birth: [redacted]

Home Address: [redacted]

City: San Diego   State: CA   Zip: [redacted]

Home Phone: ____   Cell Phone: [redacted]   Home Fax: ____

Marital Status:  o Single   o Married   Wedding Anniversary Date ___/___/___

Driver's License #: [redacted]   State: CA

University/College Alma mater (if applicable): ____

Business Name: Thank You Plan   Type of Business: Marketing/Lead Generation

Title: Chief Technology Officer   Length of Employment: 1 (yrs)

Business Address: 12802 Grand Elm St

City: Clarksburg   State: MD   Zip: 20871

Business Phone: [redacted]   Business Fax: ____

Please send emails to this address: [redacted]

---

Spouse/Spousal Equivalent/Significant Other: N/A   ☐ Mr.  ☐ Mrs.  ☐ Ms.  ☐ Dr.

Preferred Name: ____   Jr. Sr. Other____   Date of Birth ___/___/___

Driver's License #: ____   State: ____

Business Name: ____   Type of Business: ____

Title: ____   Length of Employment ____ (yrs)

Business Address: ____

City: ____   State: ____   Zip: ____

Cell Phone: ____   Business Phone: ____   Business Fax: ____

Please send emails to this address: ____

---

**DEPENDENTS** are unmarried children under 21 (or under 23 attending college) residing with Candidate(s).

____ Yes I/we have dependents as indicated below.   ____ No I/we do not have dependents residing with us.

| Name(s) | Date of Birth | | Charge Privileges | |
|---|---|---|---|---|
| ____ | ___/___/___ | o Son  o Daughter | o Yes | o No |
| ____ | ___/___/___ | o Son  o Daughter | o Yes | o No |
| ____ | ___/___/___ | o Son  o Daughter | o Yes | o No |

**REFERENCES**
Our Member sponsor is: [redacted]   Phone: ____

Other personal references (can be non-Member): [redacted]
Name: [redacted]   Address: ____   Phone: ____
Name: ____   Address: ____   Phone: ____

2

DocuSign Envelope ID: DBED6B3C-4306-4374-8FA7-2D7F11F968B2

**MEMBERSHIP INFORMATION**   Young Executive

I/We am/are applying for Membership in the following category: _____

Initiation Fee *: $ __$00.00__ **    Current Monthly Dues $ ** __$162.00__

I/We understand no portion of the Initiation Fee is refundable and this membership is nontransferable.

* The "Initiation Fee" amount written above is the actual amount paid by Member in United States dollars. The amount written above may be less than the Club's current standard required initiation fee if certificates, waivers or other special programs have been applied to this membership. Refer to attached promissory note or addendum dated _ for additional payments or conditions applicable to this Membership. **Applicable sales tax, if any, not included.

---

**COMPASS SOCIETY**

*[Please INITIAL YES or NO]*

_____ **YES**, I/we accept the benefits and elect to enroll in the Southern California Compass Society ("Society"). I/We understand by joining at this time, the current Society fee of $1000 has been waived. I/We further understand that I/we will be subject to payment of the current monthly dues in the amount of $44, which may be increased from time to time. I/We also agree to pay any charges I/we incur at the participating clubs upon receipt of my/our monthly statement. I/We further agree to conform to and be bound by the Bylaws and Rules and Regulations of the participating clubs as well as the terms and conditions pertaining to the Society, all of which may be amended or modified from time to time.

__X__ **NO**, I/we decline membership in the Society at this time. Should I/we decide to elect to participate in the Society benefits in the future, I/we will be required to pay an upgrade fee, which is currently $1000, and subject to future increase.

---

**SIGNATURE GOLD ASSOCIATE CLUB BENEFITS**

*[Please INITIAL YES or NO]*

_____ **YES**, please enroll me/us in the Associate Club Benefits selected below. I/We have reviewed the terms and conditions of the benefits, and I/we agree to those terms and conditions. I/We understand that because I/we am/are choosing to enroll in the Associate Club Benefits at this time, the current upgrade fee(s) for the Associate Club Benefits selected below have been waived. I/We understand that I/we will be subject to payment of additional monthly dues in exchange for the Associate Club Benefits, which may be increased from time to time. I/We also agree to pay any charges I/we incur at the participating clubs upon receipt of my/our monthly statement. I/We further agree to conform to and be bound by the Bylaws and Rules and Regulations of the participating clubs, all of which may be amended or modified from time to time.

☐ Signature Gold Unlimited    Current Dues $ 50    Current Upgrade Fee $ 5,000
☐ Signature Gold Dining       Current Dues $ 25    Current Upgrade Fee $ 3,000

__X__ **NO**, I/we am/are not interested in participating in upgraded Associate Club Benefits at this time. I/We understand that if I/we decide to participate in any available upgraded Associate Club Benefits in the future, I/we will be required to pay the then current upgrade fee which is nonrefundable and subject to future increases. Membership currently provides the Associate Bronze benefit. I/We have reviewed the terms and conditions of the Associate Bronze benefit, and I/we agree to those terms and conditions. I/We also agree to pay any charges I/we incur at the participating clubs upon receipt of my/our monthly statement. I/We further agree to conform to and be bound by the Bylaws and Rules and Regulations of the participating clubs, all of which may be amended or modified from time to time.

---

**HAVE YOU EVER BEEN CONVICTED OF A SEXUAL OFFENSE OR REQUIRED TO REGISTER AS A SEXUAL OFFENDER?**
Primary Candidate:    *[Please check YES or NO and INITIAL]*    _____ Yes    __X__ No    _____ INITIALS
Spouse/Equiv/Other:   *[Please check YES or NO and INITIAL]*   _____ Yes    _____ No    _____ INITIALS

3

DocuSign Envelope ID: DBED6B3C-4306-4374-8FA7-2D7F11F968B2

**PAYMENT OF MEMBERSHIP ACCOUNT**

I/We would prefer monthly statements to be mailed to: ☐ Home    ☐ Candidate's Business

Payment of Membership Account, including all dues, fees and other applicable charges, is due upon receipt of the monthly statement. If accepted for membership, I/we agree to pay the account in full when due. I/We agree and understand that a late charge up to the maximum amount allowable by law, or other penalties, may be assessed for past-due accounts as provided for in the Bylaws and Rules and Regulations of the Club, as amended from time to time. In addition to late fees, penalties may include, but are not limited to suspension of Club privileges and/or expulsion from membership. Payments on delinquent accounts shall be applied first to reduce late charges, then to reduce accrued dues and food & beverage charges (with the payment applied to reduce the oldest past due balances first), and then to any other charges. Any fees assessed for untimely payment of any applicable dues, fees or charges will appear on my/our statement. I/We agree to pay all reasonable attorneys' fees, investigator fees, and costs in the event this account is turned over for collection.

**MEMBERSHIP POLICIES**

If accepted into membership, I/we agree to conform to and be bound by the enrollment terms contained herein, the Bylaws, the Rules and Regulations, and written membership policies of the Club ("Membership Documents") as they may be amended from time to time. I/We further understand that agreeing to be bound by the Membership Documents is a part of my/our agreement for membership privileges with the Club. I/We specifically understand this membership is not divisible. I/We hereby acknowledge receipt of a copy of the Bylaws and the Rules and Regulations of the Club.

I/WE ACKNOWLEDGE THE MEMBERSHIP BYLAWS AND THE RULES AND REGULATIONS PROVIDE THE DETAILS OF THE CLUB'S MEMBERSHIP POLICIES, CONDUCT AND OBLIGATIONS, INCLUDING, BUT NOT LIMITED TO, PROVISIONS IN THE EVENT OF DIVORCE, FOR ARBITRATION OF DISPUTES, RESIGNATION, REDEMPTION OF MEMBERSHIPS, FINANCIAL OBLIGATIONS, DISCIPLINARY ACTION, RELEASE OF LIABILITY FOR PERSONAL INJURY AND THEFT. I/WE HEREBY FULLY RELEASE AND DISCHARGE THE CLUB, ITS EMPLOYEES, AGENTS, SHAREHOLDERS, MEMBERS, MANAGERS, AFFILIATES AND ASSIGNS FROM ANY LIABILITY, INJURY, LOSS, DAMAGE OR CLAIM ARISING FROM MY/OUR USE OF THE CLUB FACILITIES.

If accepted into membership in the Club, I/we acknowledge *PRIVATE CLUBS MAGAZINE* will be provided as a benefit of my/our membership. $1.25 of my/our monthly membership dues will be allocated towards the subscription. This allocation is subject to future increase at the discretion of the Club.

By providing the address(es) (including e-mail), phone numbers(s), and fax number(s) above, I/we hereby give the Club my/our express written permission to contact me/us at each number or address in accordance with the terms and conditions of the Club's *Privacy Policy*, a copy of which is available on the Club's website. I/We acknowledge that the Club values my/our right to privacy. I/We understand that I/we can revoke this consent at any time by contacting the Club in writing.

I/We agree the terms and conditions of my/our membership may not be added to, amended, or contradicted in any way by evidence of prior, contemporaneous, or subsequent oral agreements of any kind and acknowledge there are no unwritten oral agreements of any kind.

By signing below, we hereby certify that we hold a marriage license, or a certificate of domestic partnership or civil union, which evidences our existing spousal relationship. If we do not hold one of the above, we acknowledge that the Club requires execution of a separate Spousal Relationship Statement.

**I/We authorize Club to check my/our credit and employment history and to obtain such information as Club deems necessary to accept my/our application and to extend credit to me/us under my/our membership account at the Club.**

DocuSigned by:
*Jeff Cuenco*                                                                6/13/2017
B1RCBCCA104401
Primary Candidate's Signature                                          Date

_____                            _____
Spouse/Significant Other/Spousal Equivalent's Signature       Date

## *Membership Policy Exception Request Form*

Any variations from the Membership Policy Manual will require VP Membership and in some cases, VP Operations approval. Any variations from approved Programs listed in the Program Database will also require approval.

Club Name:   90703                                                                                   Date: 06/12/2017

Requested By: Amy Mitchell                                                               Title:   Membership Director

Period Covered (Beginning Date - Ending Date):                      Mem. Policy:

**Reason & Detailed Description of Exception:**   Please allow us to enroll our new member, Jeff Cuenco, without a 12 month commitment to the club. He is enrolling to the club with a clubLIFE contribution and does not feel that he should have to sign a 12 month commitment.

Thank you for your consideration.

Amy Mitchell

| Membership Category | Published ID/Fee | Proposed ID/Fee | Published Dues | Proposed Dues |
|---|---|---|---|---|
| Young Executive | 00.00 | 00.00 | 162.00 | 162.00 |

*Note:* All pertinent ID, Fee and Dues information must be provided or the exception request will be denied.

**APPROVAL AUTHORIZATIONS:**
*Note:* Exception Form should be signed by both the Membership Director and the Club Manager and then faxed to the VP Membership.

| | | | |
|---|---|---|---|
| Membership Director: | *Amy Mitchell* (DocuSigned) | Date: | 6/13/2017 |
| Club Manager: | *Frank Busic* (DocuSigned) | Date: | 6/13/2017 |
| VP Membership: | (DocuSigned signature) | Date: | 6/13/2017 |
| *(If applicable)* VP Operations/SVP/EVP: | | Date: | |

DocuSign Envelope ID: 910E94C3-6CFA-4DD1-A369-3B9C2ADBB152

*The divisional SVP and VP of Membership must approve Honorary Memberships in writing. Honorary Memberships must be reviewed annually and approved in writing by the VP of Operations or the divisional SVP. Please review Accounting Policy Chapter 3:2.8 for additional Honorary Memberships requirements and guidelines.

6/13/2017

DocuSign Envelope ID: DBED6B3C-4306-4374-8FA7-2D7F11F968B2



# THE UNIVERSITY CLUB
## ATOP SYMPHONY TOWERS
*A Member of the ClubCorp Family*



## *INITIATION FEE FORM*

Dear Prospective New Member,

We would like to inform you that we accept Visa, MasterCard and American Express.

This is for the **Initiation Fee** only.   $00.00

**Credit Card:**   Visa   /   MasterCard   /   American Express

**Credit Card #:**   N/A

**Exp. Date:**   N/A

**If you are using a Visa card please include the Visa V-Code (last 3 digits on the back of the card)**

N/A

**Name:**   N/A

**Signature:**   N/A

If you have any questions, please call the Membership Department at (619) 234-5200.

University Club Fax: (619) 234.2301

5