# EXHIBIT 3

DocuSign Envelope ID: ED335A8E-E5EF-4835-AAF6-6065F78E7FDC

**Application for Membership to The University Club Atop Symphony Towers**    Initiation Fee Non Transferable

**CANDIDATE INFORMATION**    ☒ Mr.  ☐ Mrs.  ☐ Ms.  ☐ Dr.

Primary Candidate ___Jeffrey Cuenco___

Preferred Name_____ Jr. Sr. Other_____ Date of Birth ████████

Home Address ___█████████████████████████████___

City ~~San Jose~~    SAN DIEGO    State _CA_    Zip _████_

Home Phone_____ Cell Phone ___██████████___ Home Fax_____

Marital Status    o Single    o Married    Wedding Anniversary Date_____ / ___ / ___

Driver's License #_____    State_____

University/College Alma mater (if applicable)_____

Business Name ___National Instruments___    Type of Business ___Telecommunications___

Title ___Product Manager, SDR Software_____ Length of Employment _____ (yrs)

Business Address ___4600 Patrick Henry Drive___

City ___Santa Clara___    State _CA_    Zip _95054_

Business Phone ___████████___    Business Fax_____

Please send emails to this address ___█████████████___

---

Spouse/Spousal Equivalent/Significant Other_____ ☐ Mr.  ☐ Mrs.  ☐ Ms.  ☐ Dr.

Preferred Name_____ Jr. Sr. Other_____ Date of Birth_____ / ___ / ___

Driver's License #_____    State_____

Business Name_____    Type of Business_____

Title_____ Length of Employment _____ (yrs)

Business Address_____

City_____    State_____    Zip_____

Cell Phone_____ Business Phone_____ Business Fax_____

Please send emails to this address_____

---

**DEPENDENTS are unmarried children under 21 (or under 23 attending college) residing with Candidate(s).**

_____ **Yes** I/we have dependents as indicated below.    _____ **No** I/we do not have dependents residing with us.

| Name(s) | Date of Birth | | | | Charge Privileges | |
|---|---|---|---|---|---|---|
| _____ | ___ / ___ / ___ | o Son | o Daughter | | o Yes | o No |
| _____ | ___ / ___ / ___ | o Son | o Daughter | | o Yes | o No |
| _____ | ___ / ___ / ___ | o Son | o Daughter | | o Yes | o No |

---

**REFERENCES**

Our Member sponsor is:_____    Phone_____

Other personal references (can be non-Member):

Name_____ Address_____ Phone_____

Name_____ Address_____ Phone_____

2

DocuSign Envelope ID: ED335A8E-E5EF-4835-AAF6-6065F78E7FDC

## MEMBERSHIP INFORMATION

I/We am/are applying for Membership in the following category: <u>Tower 200 - Young Executive</u>

Initiation Fee * :     $ 100.00 Reinstatement                    **          Current Monthly Dues $ ** 169.00

*Dues increase to $176 1/1/19

I/We understand no portion of the Initiation Fee is refundable and this membership is nontransferable.

* The "Initiation Fee" amount written above is the actual amount paid by Member in United States dollars. The amount written above may be less than the Club's current standard required initiation fee if certificates, waivers or other special programs have been applied to this membership. Refer to attached promissory note or addendum dated _for additional payments or conditions applicable to this Membership. **Applicable sales tax, if any, not included.

## COMPASS SOCIETY

*[Please **INITIAL** YES or NO]*

_____ **YES**, I/we accept the benefits and elect to enroll in the Southern California Compass Society ("Society"). I/We understand by joining at this time, the current Society fee of $1000 has been waived. I/We further understand that I/we will be subject to payment of the current monthly dues in the amount of $44, which may be increased from time to time. I/We also agree to pay any charges I/we incur at the participating clubs upon receipt of my/our monthly statement. I/We further agree to conform to and be bound by the Bylaws and Rules and Regulations of the participating clubs as well as the terms and conditions pertaining to the Society, all of which may be amended or modified from time to time.

_____ **NO**, I/we decline membership in the Society at this time. Should I/we decide to elect to participate in the Society benefits in the future, I/we will be required to pay an upgrade fee, which is currently $1000, and subject to future increase.

## SIGNATURE GOLD ASSOCIATE CLUB BENEFITS

*[Please **INITIAL** YES or NO]*

_____ **YES**, please enroll me/us in the Associate Club Benefits selected below. I/We have reviewed the terms and conditions of the benefits, and I/we agree to those terms and conditions. I/We understand that because I/we am/are choosing to enroll in the Associate Club Benefits at this time, the current upgrade fee(s) for the Associate Club Benefits selected below have been waived. I/We understand that I/we will be subject to payment of additional monthly dues in exchange for the Associate Club Benefits, which may be increased from time to time. I/We also agree to pay any charges I/we incur at the participating clubs upon receipt of my/our monthly statement. I/We further agree to conform to and be bound by the Bylaws and Rules and Regulations of the participating clubs, all of which may be amended or modified from time to time.

- ❏  Signature Gold Unlimited        Current Dues $ 50        Current Upgrade Fee $ 5,000
- ❏  Signature Gold Dining        Current Dues $ 25        Current Upgrade Fee $ 3,000

_____ **NO**, I/we am/are not interested in participating in upgraded Associate Club Benefits at this time. I/We understand that if I/we decide to participate in any available upgraded Associate Club Benefits in the future, I/we will be required to pay the then current upgrade fee which is nonrefundable and subject to future increases. Membership currently provides the Associate Bronze benefit. I/We have reviewed the terms and conditions of the Associate Bronze benefit, and I/we agree to those terms and conditions. I/We also agree to pay any charges I/we incur at the participating clubs upon receipt of my/our monthly statement. I/We further agree to conform to and be bound by the Bylaws and Rules and Regulations of the participating clubs, all of which may be amended or modified from time to time.

**HAVE YOU EVER BEEN CONVICTED OF A SEXUAL OFFENSE OR REQUIRED TO REGISTER AS A SEXUAL OFFENDER?**

Primary Candidate:    *[Please check YES or NO and **INITIAL**]*    _____ Yes    X No    _____ **INITIALS**

Spouse/Equiv/Other: *[Please check YES or NO and **INITIAL**]*    _____ Yes    _____ No    _____ **INITIALS**

3

DocuSign Envelope ID: ED335A8E-E5EF-4835-AAF6-6065F78E7FDC

## PAYMENT OF MEMBERSHIP ACCOUNT

I/We would prefer monthly statements to be mailed to: ☐ Home      ☐ Candidate's Business

Payment of Membership Account, including all dues, fees and other applicable charges, is due upon receipt of the monthly statement. If accepted for membership, I/we agree to pay the account in full when due. I/We agree and understand that a late charge up to the maximum amount allowable by law, or other penalties, may be assessed for past-due accounts as provided for in the Bylaws and Rules and Regulations of the Club, as amended from time to time. In addition to late fees, penalties may include, but are not limited to suspension of Club privileges and/or expulsion from membership. Payments on delinquent accounts shall be applied first to reduce late charges, then to reduce accrued dues and food & beverage charges (with the payment applied to reduce the oldest past due balances first), and then to any other charges. Any fees assessed for untimely payment of any applicable dues, fees or charges will appear on my/our statement. I/We agree to pay all reasonable attorneys' fees, investigator fees, and costs in the event this account is turned over for collection.

## MEMBERSHIP POLICIES

If accepted into membership, I/we agree to conform to and be bound by the enrollment terms contained herein, the Bylaws, the Rules and Regulations, and written membership policies of the Club ("Membership Documents") as they may be amended from time to time. I/We further understand that agreeing to be bound by the Membership Documents is a part of my/our agreement for membership privileges with the Club. I/We specifically understand this membership is not divisible. I/We hereby acknowledge receipt of a copy of the Bylaws and the Rules and Regulations of the Club.

I/WE ACKNOWLEDGE THE MEMBERSHIP BYLAWS AND THE RULES AND REGULATIONS PROVIDE THE DETAILS OF THE CLUB'S MEMBERSHIP POLICIES, CONDUCT AND OBLIGATIONS, INCLUDING, BUT NOT LIMITED TO, PROVISIONS IN THE EVENT OF DIVORCE, FOR ARBITRATION OF DISPUTES, RESIGNATION, REDEMPTION OF MEMBERSHIPS, FINANCIAL OBLIGATIONS, DISCIPLINARY ACTION, RELEASE OF LIABILITY FOR PERSONAL INJURY AND THEFT. I/WE HEREBY FULLY RELEASE AND DISCHARGE THE CLUB, ITS EMPLOYEES, AGENTS, SHAREHOLDERS, MEMBERS, MANAGERS, AFFILIATES AND ASSIGNS FROM ANY LIABILITY, INJURY, LOSS, DAMAGE OR CLAIM ARISING FROM MY/OUR USE OF THE CLUB FACILITIES.

If accepted into membership in the Club, I/we acknowledge *PRIVATE CLUBS MAGAZINE* will be provided as a benefit of my/our membership. $1.25 of my/our monthly membership dues will be allocated towards the subscription. This allocation is subject to future increase at the discretion of the Club.

By providing the address(es) (including e-mail), phone numbers(s), and fax number(s) above, I/we hereby give the Club my/our express written permission to contact me/us at each number or address in accordance with the terms and conditions of the Club's *Privacy Policy*, a copy of which is available on the Club's website. I/We acknowledge that the Club values my/our right to privacy. I/We understand that I/we can revoke this consent at any time by contacting the Club in writing.

I/We agree the terms and conditions of my/our membership may not be added to, amended, or contradicted in any way by evidence of prior, contemporaneous, or subsequent oral agreements of any kind and acknowledge there are no unwritten oral agreements of any kind.

By signing below, we hereby certify that we hold a marriage license, or a certificate of domestic partnership or civil union, which evidences our existing spousal relationship. If we do not hold one of the above, we acknowledge that the Club requires execution of a separate Spousal Relationship Statement.

I/We authorize Club to check my/our credit and employment history and to obtain such information as Club deems necessary to accept my/our application and to extend credit to me/us under my/our membership account at the Club.

| | |
|---|---|
| ┌─ DocuSigned by: ┐<br>[signature]<br>Primary Candidate's Signature | 12/27/2018<br>Date |
| _____<br>Spouse/Significant Other/Spousal Equivalent's Signature | _____<br>Date |

DocuSign Envelope ID: ED335A8E-E5EF-4835-AAF6-6065F78E7FDC





# THE UNIVERSITY CLUB
### ATOP SYMPHONY TOWERS

*A Member of the ClubCorp Family*

## *INITIATION FEE FORM*  $100 Reinstatement

Dear Prospective New Member,

We would like to inform you that we accept Visa, MasterCard and American Express.

This is for the **Initiation Fee** only.

**Credit Card:**    Visa    /    MasterCard    /    American Express

**Credit Card #:**    ███████████

**Exp. Date:**    ██████

**If you are using a Visa card please include the Visa V-Code**  Please enter code even if not VISA
**(last 3 digits on the back of the card)**

███

**Name:**    Jeffrey Cuenco

**Signature:**    ─DocuSigned by:
─────────
─B1BCB9CC410A401...

If you have any questions, please call the Membership Department at (619) 234-5200.

University Club Fax: (619) 234.2301

5

DocuSign Envelope ID: ED335A8E-E5EF-4835-AAF6-6065F78E7FDC

## ADDENDUM TO CANDIDATE INFORMATION FORM

### YOUNG EXECUTIVE MEMBERSHIP

This Addendum is made as of the date referenced below and hereby supplements and amends the Candidate Information Form to which it is attached. Defined terms in this Addendum shall have the meanings ascribed to them in the Candidate Information Form unless otherwise set forth herein. Club and Member agree and acknowledge that Member qualifies for the Club's Young Executive Membership Program (the "Program"), subject to the terms and conditions stated herein.

1.      <u>Young Executive Memberships; Term</u>. Young Executive Memberships are offered by the Club, from time to time, to individuals under the age of forty-one (41). As a Young Executive Member, Member, and Member's spouse and qualified dependents (as defined by the Club's Membership Bylaws) if such Young Executive Membership is a family membership, may enjoy all of the privileges of membership afforded by the Club for the applicable classification of membership, subject to any applicable restrictions imposed by the Club from time to time in the Club's sole and absolute discretion, but may enjoy a lower base monthly dues rate and may, if applicable, defer a portion of the required initiation payment until the forty-first (41st) birthday of Member or the forty-first (41st) birthday of Member's spouse, whichever occurs first (the "Conversion Date").

On or before the Conversion Date, Member must convert the membership from the Young Executive category of membership to an available category and classification of membership in order to continue membership in the Club. To convert the membership, the Member must pay (i) any deferred portion of the required initiation payment, if applicable, which shall be equal to the difference between the amount of the initiation payment paid by the Member at the time of the acquisition of the Young Executive Membership and the amount of the initiation payment in effect at such time for the category and classification of membership selected on the Conversion Date, and (ii) the full standard base monthly dues rate associated with the selected category and classification of membership.

If Member no longer wishes to continue membership privileges at the Club after the Conversion Date, Member shall not be entitled to any payment upon the resignation or termination of such Young Executive Membership.

2.      <u>Dues; Initiation Payment</u>. At the time of acceptance into membership as a Young Executive Member, Member agrees that Member shall be required to pay (i) the required base monthly dues rate for such category and classification of membership, subject to increase from time to time, and (ii) the applicable initiation payment.

3.      <u>Governing Documents</u>. Member agrees that at all times Member's membership shall be governed by and subject to the Club's Membership Bylaws, the Rules and Regulations of the Club, and the Candidate Information Form (collectively, "Membership Documents"), as each may be amended from time to time by the Club in its sole and absolute discretion without notice to Member. To the extent this Addendum may conflict with the Membership Documents, the terms of this Addendum shall control.

<u>MEMBER:</u>

Jeffrey Cuenco
_____
Printed Name

_____     12/27/2018
Signature

<u>CLUB:</u>

ClubCorp Symphony Towers Club, Inc.
d/b/a University Club Atop Symphony Towers

By: _____
Authorized Club Representative

<u>MEMBER'S SPOUSE/SPOUSAL EQUIVALENT:</u>

_____     _____
Printed Name                          Date

_____     _____
Signature                             Date

J:\Legal\WPSHARED\UCSymphonyTower(CA)703\GENERAL.0\Addendum - Young Executive Membership -UCSD - 2013.doc