1  BLANK ROME LLP
   Ana Tagvoryan (SBN 246536)
2  ATagvoryan@BlankRome.com
   Julianna Simon (SBN 307664)
3  JMSimon@BlankRome.com
   2029 Century Park East, 6th Floor
4  Los Angeles, CA 90067
   Telephone:  424.239.3400
5  Facsimile:   424.239.3434

6  Attorneys for Defendant
7  CLUBCORP USA, INC.

8                    **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10
   | | |
   |---|---|
   | JEFFREY CUENCO, on behalf of himself, and all those similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CLUBCORP USA, INC.,<br><br>                    Defendant. | Case No. 3:20-cv-00774-BEN-AHG<br><br>Assigned to Hon. Janis L. Sammartino<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**<br><br>Date:   August 6, 2020<br>Time:   1:30 PM<br>Place:  4D<br><br>*[Memorandum of Points and Authorities, Declaration of Frank Busic, and (Proposed) Order filed concurrently herewith]* |

159138.00601/123392806v.1                                   3:20-cv-00774-BEN-AHG

**NOTICE OF DEFENDANT'S MOTION AND MOTION TO DISMISS**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 6, 2020 at 1:30 p.m., in Courtroom 4D, in the above captioned court, located at 221 West Broadway, San Diego, CA 92101 before the Honorable Janis L. Sammartino, defendant ClubCorp USA, Inc., by and through its undersigned counsel, will, and hereby does, move to dismiss the complaint of Plaintiff Jeffrey Cuenco ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6).

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Frank Busic ("Busic Decl.") in Support of Motion to Dismiss and Motion to Compel Arbitration, and Dismiss or Stay, all of the papers on file with this Court, and upon such oral argument and/or documentary matters as may be presented to this Court at or before the hearing on this Motion.

DATED: June 9, 2020

**BLANK ROME LLP**

By: *[signature]*
Ana Tagvoryan
Julianna M. Simon
Attorneys for Defendant,
CLUBCORP USA, INC.