UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CUENCO, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLUBCORP USA, INC.,<br><br>Defendant. | Case No.: 20-CV-774 JLS (AHG)<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO COMPEL AND MOTION TO DISMISS**<br><br>(ECF Nos. 11, 12) |

    Presently before the Court are Defendant ClubCorp USA, Inc.'s Motion to Compel Arbitration (ECF No. 11) and Motion to Dismiss (ECF No. 12). After Defendant filed its Motions, Plaintiff filed a First Amended Complaint (ECF No. 11). In light of the First Amended Complaint, the Court **DENIES AS MOOT** Defendant's Motions.

    **IT IS SO ORDERED.**

Dated: July 1, 2020

                                               *Janis L. Sammartino*
                                           Hon. Janis L. Sammartino
                                           United States District Judge