BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
ATagvoryan@BlankRome.com
Julianna Simon (SBN 307664)
JMSimon@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile:  424.239.3434

Attorneys for CLUBCORP USA, INC.,
CLUBCORP HOLDINGS, INC.,
CCA CLUB OPERATIONS HOLDINGS, LLC,
CLUBCORP CLUB OPERATIONS, INC.,
CLUBCORP SYMPHONY TOWERS CLUB, INC.,
CLUBCORP SAN JOSE CLUB, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CUENCO and LINDA HONG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CLUBCORP USA, INC., CLUBCORP HOLDINGS, INC., CCA CLUB OPERATIONS HOLDINGS, LLC, CLUBCORP CLUB OPERATIONS, INC., CLUBCORP SYMPHONY TOWERS CLUB, INC., CLUBCORP SAN JOSE CLUB, INC., and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00774-DMS-AHG<br><br>Assigned to Hon. Dana Sabraw<br><br>**NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF MARCH 2, 2021 ORDER REGARDING MOTION TO COMPEL ARBITRATION**<br><br>Date:   April 16, 2021<br>Time:   1:30 P.M.<br>Place:   13A<br><br>*[Memorandum of Points and Authorities, Declaration of Ana Tagvoryan, and (Proposed) Order filed concurrently herewith]* |

159138.00601/125324885v.1      1      3:20-cv-00774-DMS-AHG
**NOTICE OF DEFENDANTS' MOTION FOR RECONSIDERATION OF MARCH 2, 2021 ORDER REGARDING MOTION TO COMPEL ARBITRATION**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 16, 2021 at 1:30 p.m., in Courtroom 13A, in the above-captioned court, located at 333 West Broadway, San Diego, CA 92101, before the Honorable Dana M. Sabraw, Defendants ClubCorp USA, Inc., ClubCorp Holdings, Inc., CCA Operations Holdings, LLC, ClubCorp Club Operations, Inc., ClubCorp Symphony Towers Club, Inc., and ClubCorp San Jose Club, Inc. (collectively, "Defendants"), by and through their undersigned counsel, will, and hereby do, respectfully move the Court for reconsideration of its Order dated March 2, 2019 denying without prejudice Defendants' motion to compel arbitration.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Ana Tagvoryan, all of the papers on file with this Court, and upon such oral argument and/or documentary matters as may be presented to this Court at or before the hearing on this Motion.

DATED: March 9, 2021          **BLANK ROME LLP**

By: */s/ Julianna M. Simon*
    Ana Tagvoryan
    Julianna M. Simon
Attorneys for Defendants,
CLUBCORP USA, INC.,
CLUBCORP HOLDINGS, INC.,
CCA CLUB OPERATIONS HOLDINGS, LLC,
CLUBCORP CLUB OPERATIONS, INC.,
CLUBCORP SYMPHONY TOWERS CLUB, INC., CLUBCORP SAN JOSE CLUB, INC.