UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CUENCO and LINDA HONG, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiffs,<br><br>v.<br><br>CLUBCORP USA, INC., et al.<br><br>                                    Defendants. | Case No.:  20cv774 DMS (AHG)<br><br>**ORDER SETTING STATUS CONFERENCE** |

A status conference shall be held on **May 20, 2021**, at **11:00 a.m.** to discuss Defendants' pending motion for reconsideration.

**IT IS SO ORDERED**.

Dated:  May 14, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

20cv774 DMS (AHG)